UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff ) <br> ) <br> V. ) <br> ) <br> ENGILBERT ULAN, ) <br>     Defendant ) | CRIMINAL NO. 1:22-cr-10077-DJC-2 |

### DEFENDANT ENGILBERT ULAN'S PROPOSED *VOIR DIRE* QUESTIONS

Defendant Engilbert Ulan hereby requests that, in addition to asking prospective jurors the Court's standard questions, the Court also put the following questions to the venire during jury voir dire:

**A.  Questions Re: Attorneys, Witnesses, and Others Relevant to the Case**

1. Are you related to, friends of, or acquainted with, anyone who works for the United States Attorney's Office in Massachusetts?

2. Are you related to, friends of, or acquainted with, anyone in this courtroom?

3. Are you related to, friends of, or acquainted with, anyone listed as a potential witness in this case?

4. Are you related to, friends of, or acquainted with, anyone who works for the Department of Homeland Security, U.S. Immigration and Customs Enforcement, the Federal Bureau Of Investigation ("FBI") or any other law enforcement agency?

**B.  Questions Related to Immigration and Fraud**

5. This case concerns allegations of Conspiracy to Commit Marriage Fraud and Immigration Document Fraud. In light of the nature of these allegations, do you know of any reason why you could not be completely fair to Mr. Ulan and completely impartial in your consideration of the evidence?

6. Have you or a close friend or family member ever been the victim of fraud, even if it was not reported to law enforcement?

7. Do you have any strong feelings about immigration or immigrants?

C. **Questions Re: Connections to Criminal Justice System**

8. Do you believe that law enforcement officials are generally more truthful than other witnesses?
9. Have you ever served on a jury before?

D. **Juror Biases and Personal Beliefs**

10. If there is evidence that a defendant behaved improperly, or immorally, but not necessarily in violation of the crime charged, would such conduct influence your verdict?
11. If there is evidence that a defendant behaved improperly, or immorally, but not necessarily in violation of the crime charged, would such conduct prevent you from deciding the case solely on the facts and law?
12. Are you aware of any reason why you might not be able to decide this case solely on the evidence presented in court and nothing else?
13. Do you believe that prosecutors are generally more truthful than criminal defense attorneys? Or vice versa?
14. If a defendant does not testify, would you tend to think it is because he has something to hide?
15. Mr. Ulan will utilize the services of an interpreter for this trial. Is there any reason that Mr. Ulan's use of an interpreter could affect your ability to be completely fair and impartial in this case?

E. **Law / Burden of Proof**

16. Does the fact that Mr. Ulan is charged with a crime mean he is probably guilty?
17. Are you at all uncomfortable with the principle that defendants in criminal cases are presumed innocent and have no responsibility to prove their innocence?
18. Do you take issue with the principle that defendants in criminal cases have no duty to take the witness stand and testify?
19. If you came to the conclusion that the prosecution had not proven its case against the defendant beyond a reasonable doubt, but a majority of your fellow jurors believed that he was guilty, would you be reluctant to express your opinion to the other jurors?
20. If you believe the prosecution has failed to prove its case beyond a reasonable doubt, but you are in the minority – or even one out of twelve – do you think you would change your mind just because everyone else was aligned against you?

                                          Respectfully Submitted
For the Defendant,
ENGILBERT ULAN,

_____
Joseph B. Simons, Esq.
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA  02109
(617) 544-9000
BBO #684030

Dated:  October 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30, 2023.

_____
Joseph B. Simons