UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ENGILBERT ULAN,<br><br>Defendant | No. 22-cr-10077-DJC-2 |

**PETITION FOR AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court amend the Writ of Habeas Corpus Ad Testificandum that it issued on October 31, 2023 (ECF 165) to FCI Aliceville, in Aliceville, Alabama, for the purpose of securing PRISCILA BARBOSA to testify in the trial before United States District Judge Denise J. Casper in the above-captioned case on November 27, 2023 at 9:00 a.m. In support of this petition, the government states:

1. That PRISCILA BARBOSA, Register No. 43947-509, is presently confined at FCI Aliceville.

2. That the Federal Bureau of Prisons (BOP) previously indicated that BARBOSA's release date was November 26, 2023.

3. That BARBOSA has been called to be a witness in the trial of Engilbert Ulan in the above-captioned case.

4. That the government will need to be able to meet with BARBOSA as early as November 13, 2023 in order to prepare for her trial testimony.

5. That U.S. Immigration and Customs Enforcement (ICE) lodged a detainer on BARBOSA, who is without lawful status in the United States, on August 23, 2023.

6. That the ICE detainer on BARBOSA requests that any law enforcement agency with custody of BARBOSA notify ICE before releasing BARBOSA from custody.

7. That, on October 31, 2023, the Court issued a Writ of Habeas Corpus Ad Testificandum commanding the United States Marshal for the District of Massachusetts, the Warden at FCI Aliceville, and any other person having custody and control of BARBOSA to produce BARBOSA before United States District Judge Denise J. Casper at the United States District Court for the District of Massachusetts, 1 Courthouse Way, at Boston, Massachusetts on November 13, 2023 at 9:00 a.m.

8. That BOP now indicates that BARBOSA's release date is November 16, 2023.

9. That, following the Court's issuing of the Writ of Habeas Corpus Ad Testificandum, the United States Marshal Service informed Court staff and the government that it could not guarantee that BARBOSA would be produced in the District of Massachusetts by November 13, 2023 through its ordinary Justice Prisoner and Alien Transportation System (JPATS).

10. That, further, the United States Marshal Service indicated that JPATS likely could not transport BARBOSA to the District of Massachusetts before her scheduled release date, making it likely that her sentence would terminate while in JPATS transport.

11. That, in order to secure BARBOSA's testimony at the trial in the above-captioned case, the government filed a motion for a material witness arrest warrant under 18 U.S.C. § 3144 on November 1, 2023.

14. That, on November 1, 2023, United States Magistrate Judge Judith G. Dein granted the government's motion for a material witness arrest warrant and signed a warrant to arrest Priscila Barbosa pursuant to 18 U.S.C. § 3144.

15. That, in the event that BARBOSA is not transported to the District of Massachusetts before her scheduled release date, she likely would be detained outside the District of Massachusetts, either by ICE on its detainer or on the material witness warrant, resulting in the same urgent need for the United States Marshal Service to transport Barbosa to the District of Massachusetts before the November 27, 2023 trial date.

**WHEREFORE**, the government requests that this Court amend the Writ of Habeas Corpus Ad Testificandum to command the United States Marshal for the District of Massachusetts to transport BARBOSA via commercial air transport as early as is necessary to produce BARBOSA before United States District Judge Denise J. Casper at the United States District Court for the District of Massachusetts, 1 Courthouse Way, at Boston, Massachusetts on November 13, 2023 at 9:00 a.m.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: *_/s/ David M. Holcomb_*
DAVID M. HOLCOMB
LESLIE A. WRIGHT
Assistant United States Attorneys
U.S. Attorney's Office
District of Massachusetts

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant U.S. Attorney

ALLOWED:

Denise J. Casper
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2023

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**HABEAS CORPUS AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN**
**FCI ALICEVILLE, ALICEVILLE, ALABAMA**

**YOU ARE COMMANDED** to have the body of PRISCILA BARBOSA now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on November 13, 2023 at 9:00 a.m. for the purpose of preparing for her testimony at the trial of *United States v. Engilbert Ulan*, No. 22-cr-10077-DJC-2, beginning November 27, 2023.

And you are to transport said PRISCILA BARBOSA via commercial air transport as early as is necessary for the purpose of producing her before said Court upon said day.

And you are to retain the body of said PRISCILA BARBOSA while before said Court upon said day and upon such further days thereafter as her attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which she was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this _____ day of November, 2023.**

_____________________________
**Hon. Denise J. Casper**
**United States District Judge**

**By:** ______________________________
**Deputy Clerk**

Requested by: AUSA David M. Holcomb