| | United States v. Engilbert Ulan<br>22-cr-10077-DJC<br>MASTER EXHIBIT LIST | | |
|---|---|---|---|
| **Exhibit Number** | **Proponent** | **Description** | **Date Admitted** |
| 1 | Government | Ulan Bank of America Accts x5936 and x8017 | |
| 2 | Government | Barbosa Binder | |
| 3 | Government | Barbosa Package Plan | |
| 4 | Government | Barbosa Wedding Photo 001 | |
| 5 | Government | Barbosa Wedding Photo 002 | |
| 6 | Government | Barbosa Phone Chat with Engilbert Ulan | |
| 7 | Government | Barbosa Phone Chat with Harold | |
| 8 | Government | Barbosa Phone Chat with Mario Medrano | |
| 9 | Government | Barbosa Phone Chat with Mars | |
| 10 | Government | Barbosa WhatsApp Chat with Mars (Barbosa iCloud) | |
| 11 | Government | 2019.04.04 Email from M Benitez to A Garcis re Questions | |
| 12 | Government | 2020.04.14 Email from Angel to Mars re Questions | |
| 13 | Government | 2020.04.14 Email from M Benitez to Angel re Questions | |
| 14 | Government | 2020.04.15 Email from Angel to M Benitez re Revised Questionnaires | |
| 15 | Government | 2020.09.15 Email from M Benitez to Atila8234 re Questions to Study | |
| 16 | Government | 2021.11.18 Email from R Henrique to Mars re See Attachment Statement | |
| 17 | Government | Ednilson Sousa Santos | |
| 18 | Government | Jeffren Mungcal | |
| 19 | Government | Joshua Riocasa | |
| 20 | Government | Luigi Petraccelli | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 21 | Government | Priscila Barbosa | |
| 22 | Government | Roberto Mendoca | |
| 23 | Government | Tiago de Souza Ramin | |
| 24 | Government | Hard drive file structure | |
| 25 | Government | Ceremony Photos | |
| 26 | Government | Benitez Chats alyssa and anna broker devon | |
| 27 | Government | Benitez Chats client-Abigail soto wife of ednilson broker karina | |
| 28 | Government | Benitez Chats client-ana carolina sandiego | |
| 29 | Government | Benitez Chats client-ana clara husband sergion broker devon 7.7 | |
| 30 | Government | Benitez Chats client-ana joseane friend | |
| 31 | Government | Benitez Chats client-andre kimberly junior referral | |
| 32 | Government | Benitez Chats client-anthony derek | |
| 33 | Government | Benitez Chats client-asylbek friend of marat | |
| 34 | Government | Benitez Chats client-barbara roberta broker karina fabio friend | |
| 35 | Government | Benitez Chats client-beatriz kameron karina borker | |
| 36 | Government | Benitez Chats client-beatriz wife eric braulio client | |
| 37 | Government | Benitez Chats client-carlos US citizen wife jessica | |
| 38 | Government | Benitez Chats client-claudia regina broker tamia | |
| 39 | Government | Benitez Chats client-dani paulo marques alves | |
| 40 | Government | Benitez Chats client-daniel riberio broker devon | |
| 41 | Government | Benitez Chats client-davidtamia broker karina | |
| 42 | Government | Benitez Chats client-diece pereira wife jordan williams devon broker 12.9.21 | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 43 | Government | Benitez Chats client-ednilson friend roger met 23k | |
| 43A | Government | photo of envelope on p. 16 | |
| 43B | Government | screenshot on p. 18 | |
| 44 | Government | Benitez Chats client-eduardo carlos wife Niya broker tamia 6.23 | |
| 45 | Government | Benitez Chats client-eduardo ribeiro | |
| 46 | Government | Benitez Chats client-Felipe abreu new cell agent sfo | |
| 47 | Government | Benitez Chats client-fernando joseane son karina broker | |
| 48 | Government | Benitez Chats client-flavio travis julian broker | |
| 49 | Government | Benitez Chats client-giovana seattle | |
| 50 | Government | Benitez Chats client-heloisa karina broker | |
| 51 | Government | Benitez Chats client-henri gay | |
| 52 | Government | Benitez Chats client-jackson thor | |
| 53 | Government | Benitez Chats client-Jonathan lamoglia junior Tamia broker | |
| 54 | Government | Benitez Chats client-junior refered by junior | |
| 55 | Government | Benitez Chats client-kelvin thor recommendation | |
| 56 | Government | Benitez Chats client-lorena friend of igor | |
| 57 | Government | Benitez Chats client-Luigi brazilian | |
| 58 | Government | Benitez Chats client-luiz veloso brazilian | |
| 59 | Government | Benitez Chats client-marcelo demetra tamia broker | |
| 60 | Government | Benitez Chats client-marcio sfo raya husband 25k | |
| 61 | Government | Benitez Chats client-mark tyrel di maganda | |
| 62 | Government | Benitez Chats client-matheus thor | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 63 | Government | Benitez Chats client-milene ortega new number | |
| 64 | Government | Benitez Chats client-murillo | |
| 65 | Government | Benitez Chats client-natalia ravanhani wife james flyn julian broker 23k | |
| 66 | Government | Benitez Chats client-nea mendes | |
| 67 | Government | Benitez Chats client-paula and edgard broker ashley 8.30.21 | |
| 68 | Government | Benitez Chats client-rachel francis | |
| 69 | Government | Benitez Chats client-rafael friend ednilson | |
| 70 | Government | Benitez Chats client-rafael wife leandra broker karina | |
| 71 | Government | Benitez Chats client-rayane pimenta | |
| 72 | Government | Benitez Chats client-romulo wife stacey mother of devon | |
| 73 | Government | Benitez Chats client-ruth husband john devon broker 7.29.21 | |
| 74 | Government | Benitez Chats client-stive djones marcio client | |
| 75 | Government | Benitez Chats client-tamiris wife rafael | |
| 76 | Government | Benitez Chats client-thiago silva friend of raphael | |
| 77 | Government | Benitez Chats client-vinicius sandiego | |
| 78 | Government | Benitez Chats client-wendel-leilani devon 26k | |
| 79 | Government | Benitez Chats client-wilker-heitor seattle | |
| 80 | Government | Benitez Chats Jeffren Mungcal | |
| 81 | Government | Benitez Chats Joshua Riocasa | |
| 82 | Government | Benitez Chats marcio alves | |
| 83 | Government | Benitez Chats Roberto Mendonca | |
| 84 | Government | Benitez Chats Tiago Ramin | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 85 | Government | Benitez Chats zhanna russian liza friend | |
| 86 | Government | Benitez iCloud Contacts | |
| 87 | Government | Benitez iCloud Chats with Tamia Duckett | |
| 88 | Government | Office Photos | |
| 89 | Government | Benitez iCloud Chat with Poquito (untranslated) | |
| 90 | Government | Benitez iCloud Chat with Ulan (untranslated) - 001 | |
| 91 | Government | Benitez iCloud Chat with Ulan (untranslated) - 002 | |
| 92 | Government | Benitez iCloud Chat with Ulan and Poquito (untranslated) | |
| 93 | Government | Benitez iCloud Chat with Valmeo (untranslated) | |
| 94 | Government | Benitez iCloud Chat with Client Marcelo (untranslated) | |
| 95 | Government | Benitez iCloud Chat with Client Roberto Peyton (untranslated) | |
| 96 | Government | Part 2 Questionnaires | |
| 97 | Government | Forensic Examination Report | |
| 98 | Government | 345 S Manhattan Unit 306 Application | |
| 99 | Government | 345 S Manhattan Unit 306 Rental Agreement | |
| 100 | Government | Barbosa, Priscila Cooperation Agreement | |
| 101 | Government | Barbosa, Priscila Plea Agreement | |
| 102 | Government | Benitez, Marcialito Plea Agreement | |
| 103 | Government | Benitez Chat with Angel office cell (Translated) | |
| 103A | Government | photo of envelope on p. 1 | |
| 103B | Government | screenshot on p. 15 | |
| 103C | Government | photo of interview notice on p. 19 | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 103D | Government | photos of individual on p. 21 | |
| 103E | Government | photo of envelopes on p. 59 | |
| 103F | Government | photo of DL on p. 65 | |
| 103G | Government | photos on p. 98 | |
| 103H | Government | photos on p. 108 | |
| 104 | Government | Benitez Chat with Angel ulan (Translated) | |
| 104A | Government | photo on p. 32 | |
| 104B | Government | photo on p. 61 | |
| 105 | Government | Benitez Chat with Ulan, Mars, Harold (Translated) | |
| 106 | Government | G-325A Form | |
| 107 | Government | G-325A Instructions | |
| 108 | Government | G-1145 | |
| 109 | Government | I-130 Form | |
| 110 | Government | I-130 Instructions | |
| 111 | Government | I-131 Form | |
| 112 | Government | I-131 Instructions | |
| 113 | Government | I-360 Form | |
| 114 | Government | I-360 Instructions | |
| 115 | Government | I-485 Form | |
| 116 | Government | I-485 Instructions | |
| 117 | Government | I-751 Form | |
| 118 | Government | I-751 Instructions | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 119 | Government | I-765 Form | |
| 120 | Government | I-765 Instructions | |
| 121 | Government | I-864 Form | |
| 122 | Government | I-864 Instructions | |
| 123 | Government | I-944 Form | |
| 124 | Government | I-944 Instructions | |
| 125 | Government | Ednilson Sousa Santos USCIS Record | |
| 126 | Government | Luigi Petracelli USCIS Record | |
| 127 | Government | Wells Fargo Ednilson Santos Records x6347 | |
| 128 | Government | Wells Fargo Ednilson Santos Records x9092 | |
| 129 | Government | Wells Fargo Marcialito Benitez Records x0349 | |
| 130 | Government | Wells Fargo Marcialito Benitez Records x3580 | |
| 131 | Government | Wells Fargo Marcialito Benitez Records x5718 | |
| 132 | Government | Wells Fargo Marcialito Benitez Records x6515 | |
| 133 | Government | Wells Fargo Marcialito Benitez Records x6851 | |
| 134 | Government | Wells Fargo Marcialito Benitez Records x6869 | |
| 135 | Government | Wells Fargo Marcialito Benitez Records x6885 | |
| 136 | Government | Wells Fargo Ulan Records x0124 | |
| 137 | Government | Wells Fargo Ulan Records x1894 | |
| 138 | Government | Wells Fargo Ulan Records x6488 and x6667 checks | |
| 139 | Government | Wells Fargo Ulan Records x6488 and x6667 statements | |
| 140 | Government | Wells Fargo Ulan Records x6570 | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 141 | Government | Wells Fargo Ulan Records x9012 | |
| 142 | Government | Ulan Zelle Records | |
| 143 | Government | CA SOS Career Mgmt and Staffing Articles of Organization | |
| 144 | Government | CA_SOS_Statement_of_Information_Career_Management_and_Staffing_LLC | |
| 145 | Government | CA_SOS_Statement_of_Information_Doctors_on_the_Go_Professional_Group | |
| 146 | Government | CA_SOS_Statement_of_Information_Intelligent_Health_LLC | |
| 147 | Government | CA_SOS_Statement_of_No_Change_Career_Management_and_Staffing_LLC | |
| 148 | Government | Certified_CA_Records | |
| 149 | Government | Engilbert Ulan USCIS File | |
| 150 | Government | Jeffren Mungcal USCIS File | |
| 151 | Government | Joshua Riocasa USCIS File | |
| 152 | Government | Marcialito Benitez x3580 Checks to Ulan | |
| 153 | Government | Priscila Barbosa USCIS File | |
| 154 | Government | Tiago Ramin USCIS File | |
| 155 | Government | Client Chat Summary Chart | |
| 156 | Government | Barbosa DA signed | |
| 157 | Government | Barbosa WhatsApp Chat with Mars (Mars iCloud) | |
| 158 | Government | Valmeo - cooperation agreement (2023.11.16) | |
| 159 | Government | Barbosa WhatsApp Chat with Benitez (HTML) | |
| 160 | Government | Benitez Cooperation Agreement Signed | |
| 161 | Government | Summary – 2019-2022 Marriage Clients | |
| 162 | Government | Summary – Income and Deposit Summary | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 163 | Government | Summary – Zelles for 345 Manhattan Place | |
| 164 | Government | Roberto Mendonca USCIS File | |
| 165 | Government | Package Plans | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |