UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ENGILBERT ULAN )<br>        Defendant. )<br>) | Criminal No. 1:22-cr-10077-DJC-2 |

## DEFENDANT'S MOTION FOR ACQUITTAL

Pursuant to Fed. R. Crim. P. 29(a), the defendant Engilbert Ulan moves this Honorable Court to enter a judgment of acquittal at the close of the government's case, or alternatively, at the close of all evidence.

To prevail on a motion for judgment of acquittal under Fed. R. Crim. P. 29, a defendant must "show that the evidence presented at trial, even when viewed in the light most favorable to the government, did not suffice to prove the elements of the offenses beyond a reasonable doubt." United States v. Acevedo, 882 F.3d 251, 257 (1st Cir. 2018) (*citing* United States v. Gabriele, 63 F.3d 61, 67 (1st Cir. 1995)). The Court does not "weigh the evidence or make any credibility judgments, as those are left to the jury." United States v. Merlino, 592 F.3d 22, 29 (1st Cir. 2010) (*citing* United States v. Ayala-Garcia, 574 F.3d 5, 11 (1st Cir. 2009)).

Mr. Ulan argues that the Government has failed to meet its burden to prove all of the necessary elements of the charge against him, Conspiracy to Commit Marriage Fraud and Immigration Document Fraud, pursuant to 18 U.S.C. § 371. Thus, the Court should enter a verdict of not guilty.

                                          Respectfully Submitted
                                          For the Defendant,
                                          Engilbert Ulan,

                                          /s/ Joseph B. Simons
                                          Joseph B. Simons, Esq.
                                          Simons Law Office
                                          10 Post Office Square, Suite 800
                                          Boston, MA  02109
                                          (617) 544-9000
                                          MA BBO #684030

Dated:  November 29, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2023.

_____
Joseph B. Simons